UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-cr-36-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CORRECTED ORDER DIRECTING CIVIL COMMITMENT UNDER 18 U.S.C. § 4241(D) |
| v. | |
| MICHAEL SCOTT LOCKLEAR | |

On April 10, 2025, Defendant Michael Locklear's counsel filed a motion to determine

competency to stand trial, which was granted by this Court on April 15, 2024. [DE 28, DE 31.]

Defendant was committed to the custody of the Attorney General for examination for the

purpose of determining whether Mr. Locklear is suffering from a mental disease or defect

rendering him mentally incompetent to the extent that he is unable to understand the nature and

consequences of the proceedings against him or to assist properly in his own defense. 18 U.S.C.

§ 4241(b).

A psychiatric report was filed on July 9, 2025, detailing the opinion of Mr. Locklear's

examiner. [DE 32.] The parties filed a joint motion on July 30, 2025, requesting that this Court

accept the opinion of the examiner and find Mr. Locklear not competent to proceed without a

hearing. [DE 33.]

The Court GRANTS the parties' joint motion and ADOPTS the findings of the

psychiatric report without objections from the parties. The Court determines by a preponderance

of the evidence that Mr. Locklear is presently suffering from a mental disease or defect

rendering him mentally incompetent to the extent that he is unable to understand the nature and

1

consequences of the proceedings against him or to assist properly with his defense. 18 U.S.C. § 4241(d).

Accordingly, it is ORDERED, pursuant to 18 U.S.C. § 4241(d), that Mr. Locklear be remanded to the custody of the Attorney General to be hospitalized in a suitable facility for a period of time not to exceed four months in order to restore his competency or to determine whether there is a substantial probability that his competency will be restored within the foreseeable future.

It is further ORDERED that the arraignment and trial in this matter is continued until further notice, and that any period of delay resulting from such a continuance shall be excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(4).

A hearing to determine whether Mr. Locklear's competency has been restored or whether his competency is able to be restored in the foreseeable future shall be conducted at the conclusion of the four-month restoration period. A specific date, time, and location will be set by separate notice.

This the ____31____ day of July, 2025.


JAMES C. DEVER III
U.S. DISTRICT COURT JUDGE

2