UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-CR-36-D

UNITED STATES OF AMERICA

v.

MICHAEL SCOTT LOCKLEAR

ORDER TO SEAL

On motion of the Defendant, Michael Scott Locklear, and for good cause shown, it is hereby ORDERED that **DE 53** be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 20 day of August, 2026.

J Dever

JAMES C. DEVER III
United States District Judge